UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMAR ALLI,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>ESU CAPTAIN LUE, *et al.*,<br><br>                              Defendants. | 23 Civ. 5263 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's application to proceed *in forma pauperis* (that is, without prepayment of fees and costs) (Dkt. #10) and a corresponding prisoner authorization form (Dkt. #11). The Court granted a near identical request from Plaintiff on July 17, 2023. (Dkt. #5). As such, Plaintiff's instant application is DENIED AS MOOT.

Plaintiff is reminded that the next steps in this case are as follows: on or before **September 18, 2023**, Corporation Counsel of the City of New York shall provide to the Court and Plaintiff the names and badge numbers (if appropriate) of the unidentified defendants. (Dkt. #7). Within 30 days of receiving that filing, Plaintiff shall file an amended complaint naming any newly-identified defendants. (*Id.*). No further action is needed from Plaintiff until that time.

The Clerk of Court is directed to mail this Order, along with a copy of the Order at docket entry 5, to Plaintiff's address of record.

SO ORDERED.

Dated: July 24, 2023
       New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge